IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT JOHN BLUMENBERG,

    Plaintiff,

v.                           Case No. 1:17cv181-MW/CAS

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner of the
Social Security Administration,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

The Honorable Charles A. Stampelos, Magistrate Judge, entered his Report and Recommendation, ECF No. 19, on May 3, 2018. Plaintiff filed his Objections and Request for Oral Argument on May 17, 2018, ECF No. 20, and this Court granted Plaintiff's Motion for Oral Argument on May 22, 2018. ECF No. 21. This Court heard argument on Plaintiff's objections at telephonic hearing on March 30, 2018, and subsequent to the hearing entered its Order Requiring Additional Briefing. ECF No. 25. This Court has considered, without additional hearing, the responses filed by Plaintiff and Defendant. ECF Nos. 28 and 29. Accordingly,

1

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner that Plaintiff's disability ended on April 1, 2015, and that Plaintiff has not become disabled since that date is **AFFIRMED** and Judgment entered for the Defendant. Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk shall substitute Deputy Commissioner for Operations Nancy A. Berryhill, in her current position, as the Defendant." In so stating, this Court notes that it is deeply troubled by the outcome in this case. Mr. Blumenberg is a hero and he deserves better. While I was tempted to do right by Mr. Blumenberg, I am bound to follow the law, however imperfect it is. I hope—nay I pray—that the Eleventh Circuit will figure out a way to reverse me. The Clerk shall close the file.

**SO ORDERED on July 3, 2018.**

s/Mark E. Walker            
**United States District Judge**
