IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT J. BLUMENBERG. JR.,

    Plaintiff,

v.                                Case No. 1:17cv181-MW/CAS

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 53, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No. 54. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's petition for attorney's fees, ECF No. 47, is **GRANTED IN PART and DENIED IN PART**. Plaintiff is awarded attorney's fees in the amount of $17,487.80 as a reasonable EAJA attorney's fees and $905.00 in costs. The Acting Commissioner is afforded the opportunity to offset from this amount any debt owed by Plaintiff to the United States that may be identified by the Department of Treasury and any ultimate distribution shall be made in accordance with *Astrue v. Ratliff*. The Clerk shall close the file.

**SO ORDERED on June 11, 2019.**

                                            **s/ MARK E. WALKER**
                                            **Chief United States District Judge**